**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DAVID TRAIN AND JANICE TRAIN, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CASE NO.:  1:22-cv-01977 |
| | ) |
| LOWE'S HOME CENTERS, LLC D/B/A | ) |
| LOWE'S COMPANIES, INC., D/B/A LOWE'S | ) |
| AND JOHN DOE, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Now comes Defendant, Lowe's Home Centers, LLC ("Lowe's"), by counsel, and pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446 and 28 U.S.C. §1332, hereby files its Notice of Removal of cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Marion County Superior Court No. 7, Indianapolis, Indiana, and respectfully states:

1.      On September 9, 2022, Plaintiffs David Train and Janice Train ("Plaintiffs") commenced this action against Lowe's by filing their Complaint for Damages ("Complaint") in Cause No. 49D07-2209-CT-031195 in the Superior Court of Marion County, Indiana alleging that "John Doe" was an employee of Lowe's and was acting within the course and scope of his employment and, "in the course of and in furtherance of the Lowe's business," negligently struck Plaintiff David Train, causing injury.  Additionally, Plaintiffs allege that Lowe's was negligent in failing to properly train and/or supervise Defendant John Doe and failed to warn Plaintiff David Train of the dangers on the premises causing him to sustain disfigurement and permanent

scarring, and causing Plaintiff Janice Train to lose the "legal services" of her husband, Plaintiff David Train, as alleged in Plaintiffs' Complaint.

2.      Lowe's accepted service of the Summons and Complaint on or about September 12, 2022.

3.      In accordance with 28 U.S.C. § 1446(a) and S.D. Ind. L.R. 81.2 a copy of the Complaint and a copy of the State Court Record with the docket sheet, all pleadings motions and other filings, organized in chronological order by the state court filing date are attached hereto as **Exhibit A and B,** respectively.

4.      This action involves a controversy between citizens of different states: (a) The Plaintiffs are citizens and residents of the State of Indiana; (b) At the time of the commencement of this action Lowe's was not and is not a citizen of the State of Indiana, being a limited liability company organized and existing under the laws of the State of North Carolina, with its principal place of business in North Carolina.  Lowe's Home Centers, LLC is a manager-managed LLC with a single member, Lowe's Companies, Inc.  Lowe's Company, Inc. is a North Carolina foreign corporation with its principal place of business in North Carolina.

5.      Plaintiffs have made a demand in excess of $75,000.00 based in part on their allegations that Plaintiff David Train suffered disfigurement and permanent scarring.

6.      That this action is one which the District Court of the United States has been given original jurisdiction pursuant to 28 U.S.C. §1332.

7.      Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction over this civil action in that it involves a controversy between citizens of different states and the amount in controversy as alleged by Plaintiffs based on information to date exceeds $75,000.00, exclusive of interest and costs.  Thus, removal is proper in accordance with 28 U.S.C. § 1441(a).

8.      Pursuant to 28 U.S.C. § 1446(d), Lowe's is filing a Notice of Filing the Notice of Removal with the Clerk of the Court of Marion County, Indiana contemporaneously with the filing of said Notice of Removal in this Court, giving notice to all parties and the State Court.  A copy of the Notice of Filing the Notice of Removal (without its exhibits) is attached hereto as **Exhibit C**.

WHEREFORE, Lowe's respectfully requests that this action proceed in the United States District Court for the Southern District of Indiana as a removed claim or cause of action under 28 U.S.C. §§, 1332, 1441 and 1446.

Respectfully submitted,

/s/ Christie A. King
Christie A. King (#21078-49)
Pamela A. Paige (#16163-49)
PLUNKETT COONEY, P.C.
201 N. Illinois Street
South Tower, 16th Floor
Indianapolis, IN 46204
Ph:  (317) 964-2730 / Fax:  (248) 901-4040
cking@plunkettcooney.com
*Attorney for Lowe's Home Centers, LLC*

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on October 7, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of IEFS:

Reid A. Nahmias
Alexander J. Limontes
Hurst Limontes, LLC
50 South Meridian Street, Suite 600
Indianapolis, IN 46204

/s/ Christie A. King
Christie A. King (21078-49)

PLUNKETT COONEY, P.C.
201 N. Illinois Street
South Tower, 16th Floor
Indianapolis, Indiana 46204

Open.28226.23569.29750050-1

4